UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR NAZARCHUK,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa Corporation,<br><br>Defendant. | Case No. 2:20−cv−08396 FMO (GJSx)<br><br>**ORDER RE DISMISSAL**<br><br>District Judge Fernando M. Olguin<br>Magistrate Judge Gail J. Standish |

The parties having stipulated to the dismissal of this matter and good cause appearing, it is hereby ordered that this matter be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: July 15, 2021

/s/
HON. FERNANDO M. OLGUIN
United States District Judge